PRESTON v. THOMPSON

No. 345 PC.

Case below: 53 N.C. App. 290.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 November 1981. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 3 November 1981.

SHEPHERD, INC. v. KIM, INC.

No. 319 PC.

Case below: 52 N.C. App. 700.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

SKINNER v. TURNER

No. 3 PC.

Case below: 53 N.C. App. 630.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1981.

STATE v. FRONEBERGER

No. 32 PC.

Case below: 53 N.C. App. 471.

Petition by Attorney General for discretionary review is allowed for the limited purpose of entering this order 3 November 1981. Opinion of Court of Appeals filed in this cause is hereby vacated and case is remanded to Court of Appeals for consideration of all assignments of error brought forward in defendant's brief filed with that court.

STATE v. GATEN

No. 41 PC.

Case below: 28 N.C. App. 273.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 November 1981.